IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>ARNOLD R. CLARKE<br>Defendant | CRIMINAL 05-0437CCC |

## FINAL ORDER OF FORFEITURE

WHEREAS, on May 10, 2006, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21 U.S.C. §853 of the Federal Rules of Criminal Procedure, based upon the defendant's plea of guilty with respect to an Indictment charging violations of Title 31 U.S.C. §5316(a)(1)(A), 5317(c)(1)(A), 5322, 5332; Title 21 U.S.C. §853, and Rule 32(d) of the Federal Rules of Criminal Procedure.

AND WHEREAS, the government made a sufficient showing at the defendant's Plea and Forfeiture Agreement hearing of the forfeitability of his property, and in consequence thereof, the forfeiture of the property stands unopposed;

AND WHEREAS, on May 31, 2006; June 7 and 14, 2006 the United States published in El Nuevo Día, a newspaper of general circulation in San Juan, Puerto Rico, notice of the Preliminary Order of Forfeiture and of the United States' intent to dispose of the property in accordance with law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property mentioned above;

AND WHEREAS, to this date no other party has filed any claims to or declared any interest in the above-described forfeited property,

CRIMINAL 05-0437CCC                              2

Therefore, on motion by the United States for a Final Order of Forfeiture,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1) That the right, title, and interest to all of the hereinafter described property of the defendant is hereby condemned, forfeited, and vested in the United States of America, and shall be disposed of according to law.

2) That the following property, which is the subject of this Order is hereby condemned and forfeited to the United States of America: Forty-Two Thousand Seven Hundred Twenty-Six Dollars in U.S. Currency ($42,726.00).

The Clerk of Court is hereby directed to send copies of this Order to all counsel of record and the Department of Homeland Security, U.S. Immigration and Customs Enforcement.

SO ORDERED.

At San Juan, Puerto Rico, on December 19, 2006.

                                                  S/CARMEN CONSUELO CEREZO
                                                  United States District Judge